UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

David M. Taus, Esq.
Schwartz, Hanna, Olsen & Taus, P.C.
51 Cragwood Road, Suite 102
South Plainfield, New Jersey 07080
908-322-2333
dtaus@shotlaw.com

| | |
|---|---|
| Case No.: | 26 - 12602 |
| Chapter: | 7 |

In Re:

Slawomir and Anna Magier

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Eamon James O'Hagan |

## CERTIFICATION OF SERVICE

1. I, _____ David M. Taus, Esq. _____ :

   ☒ represent _____ Debtor _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents in this matter.
   _____

   ☐ am the _____ in this case and am representing myself.

2. On _____ April 8 , 20 26 _____ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Amendment to Schedule F entered 4/ 1/26 ,Notice of Chapter 7 filing; letter to all creditors dated 4/1/26 . All such documents are attached.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  4/8/26 _____

/s/ David M. Taus _____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See list of creditors attached | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Absolute Resolutions
8000 Norman Center Dr.
Minneapolis, MN 55437


Cohn, Bracaglia & Gropper
275 E. Main St
Somerville, NJ 08876


Comenity Bank/Century 21
3095 Loyalty Circle, Bldg A
Columbus, OH 43219


Discover Bank
6500 New Albany Rd East
New Albany, OH 43054


JP Morgan Card Services
PO Box 15369
Wilmington, DE 19850


KML Law Group PC
701 Market St, Suite 5000
Philadelphia, PA 19106


LVNV Funding
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603


M & T Bank
1 Fountain Plaza
Buffalo, NY 14203


Midland Credit Management
350 Camino De La Reina Suite 100
San Diego, CA 92108


NJ Division of Taxation
PO Box 245
Trenton, NJ 08695


Portfolio Recovery Associates LLC
120 Corporate Blvd
Norfolk, VA 23502-9901

Pressler, Felt & Warshaw LLP
7 Entin Road
Parsippany, NJ 07054-5020


Richard J. Gelinas, CPA, LLC
36 Salmon St
Manchester, NH 03104


Robert Wisniewski PC
17 State Street, Suite 820
New York, NY 10004


Selip & Stylianou LLP
10 Forest Ave, PO Box 914
Paramus, NJ 07653


Synchrony Bank
170 Election Rd, Suite 125
Draper, UT 84020


Synchrony Bank (Sam's Club)
PO Box 71727
Philadelphia, PA 19176


Zofia Adamczuk
C/O Robert Wisniewski
17 State St, Suite 820
New York, NY 10004


Thomas Orr, Chapter 7 trustee
321 High Street, 2nd Floor
Burlington, NJ 08016

## SCHWARTZ HANNA OLSEN & TAUS P.C.
### ATTORNEYS AT LAW

BRIAN D. SCHWARTZ
MAGED W. HANNA**
CHRISTOPHER G. OLSEN*
DAVID M. TAUS **

\* NJ and PA BARS
\*\* NJ and NY BARS

51 CRAGWOOD ROAD, SUITE 102
SOUTH PLAINFIELD, NJ 07080

908-322-2333
FACSIMILE  732-205-1868
WWW.SHOTLAW.COM

NEW YORK OFFICE
170 OLD COUNTRY ROAD,
SUITE 600
MINEOLA, NEW YORK 11501
PHONE 212-938-2337
TELECOPIER 212-321-2101

REPLY TO SOUTH PLAINFIELD

April 8, 2026

### TO ALL CREDITORS ON ATTACHED LIST

*Re:    Slawomir and Anna Magier*
*Chapter 7 Bankruptcy Case No. 26-12602 (EJO)*

This office represents the above-noted Debtors, Slawomir and Anna Magier, in connection with the above-noted Chapter 7 Bankruptcy proceeding.  In accordance with the attached Order Respecting Amendment to Schedules dated April 1, 2026 (copy enclosed), this is to advise you of the following:

1. Debtors filed a Chapter 7 Bankruptcy petition on March 10, 2026.  See enclosed Notice of Chapter 7 Case filing.
2. You were added as a creditor by virtue of the Debtors' subsequent filing of amended schedules.
3. The First Meeting of Creditors is scheduled for April 20, 2026 at 11:00 a.m.

Please be guided accordingly.

Very truly yours,

**SCHWARTZ, HANNA, OLSEN & TAUS, P.C.**

/s/ David M. Taus
By: _____
DAVID M. TAUS

cc:    Thomas Orr, Chapter 7 Trustee

United States Bankruptcy Court N.J. - Live Database

United States Bankruptcy Court
District of New Jersey

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/10/2026 at 10:27 AM and filed on 03/10/2026.

**Slawomir Magier**
21 Southfield Road
Edison, NJ 08820
SSN / ITIN: xxx-xx-3133

**Anna Magier**
21 Southfield Road
Edison, NJ 08820
SSN / ITIN: xxx-xx-8355

The case was filed by the debtor's attorney:

**David M. Taus**
Schwartz, Hanna, Olsen & Taus, P.C.
51 Cragwood Road, Suite 102
South Plainfield, NJ 08840
908-322-2333

The case was assigned case number 26-12602.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 402 East State Street, Trenton, NJ 08608.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeanne Naughton**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/10/2026 10:28:06 | | |
| **PACER Login:** | davidmtaus | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-12602 |

Form oresadoc − oresadocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−12602−EJO
Chapter:  7
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Slawomir Magier                           Anna Magier
21 Southfield Road                        21 Southfield Road
Edison, NJ 08820                          Edison, NJ 08820

Social Security No.:
xxx−xx−3133                                            xxx−xx−8355

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule n/a on n/a or to the List of Creditors on March 31, 2026 , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.    A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

    2.    In a Chapter 11 case:

        a)    a copy of the last modified plan and disclosure statement, if any, and

        b)    a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

    3.    In a Chapter 12 or Chapter 13 case:

        a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

        b)    a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

    1.    until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

    2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: April 1, 2026
JAN: wdr

Eamonn James O'Hagan
United States Bankruptcy Judge