UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC

427 Riverview Plaza

Trenton, New Jersey 08611

Tel.  973-681-7979

Joseph R. Zapata, Jr., Esq.

jzapata@msbnj.com

Attorneys for Thomas J. Orr, Trustee

| | |
|---|---|
| In Re: <br><br> SLAWOMIR MAGIER and ANNA MAGIER, <br> <div align=right>Debtor.</div> | Case No.:  __26-12602 (EJO)__ <br><br> Chapter:  _____7_____ <br><br> Judge:  __Eamonn James O'Hagan__ |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Thomas J. Orr, Chapter 7 Trustee__.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  c/o Joseph R. Zapata, Jr., Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: _April 15, 2026_____

/s/ Joseph R. Zapata, Jr., Esq.____
Signature

*new.8/1/15*