FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Eamonn James O'Hagan, U.S. Bankruptcy Judge

| CASE NUMBER: 26−12602−EJO | DATE FILED:: 3/10/26 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Slawomir Magier xxx−xx−3133<br><br>Anna Magier xxx−xx−8355 | **ADDRESS OF DEBTOR(S):**<br><br>21 Southfield Road Edison, NJ 08820<br><br>21 Southfield Road Edison, NJ 08820 |
| DEBTOR'S ATTORNEY: David M. Taus Schwartz, Hanna, Olsen & Taus, P.C. 51 Cragwood Road, Suite 102 South Plainfield, NJ 08840<br><br>908−322−2333<br><br>David M. Taus Schwartz, Hanna, Olsen & Taus, P.C. 51 Cragwood Road, Suite 102 South Plainfield, NJ 08840<br><br>908−322−2333 | TRUSTEE: Thomas Orr Law Office of Thomas J. Orr 321 High Street Burlington, NJ 08016−4496 (609) 386−8700 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/13/26

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: April 14, 2026

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-12602-EJO

Slawomir Magier                                                                           Chapter 7

Anna Magier

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                 Page 1 of 3

Date Rcvd: Apr 14, 2026                       Form ID: noa                                 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Slawomir Magier, Anna Magier, 21 Southfield Road, Edison, NJ 08820-3141 |
| cr | + | NR DEED, LLC, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 521055501 | + | GSRAN-Z LLC aka NR DEED LLC, 1202 Tilton Rd, Suite 1, Northfield, NJ 08225-1809 |
| 521055499 | + | General Services Administration - 2SE, 2300 Main St, Kansas City, MO 64108-2416 |
| 521055502 | + | Healthcare Financial Services (GE), PO Box 641419, Pittsburgh, PA 15264-1419 |
| 521055504 | + | JP Morgan Chase, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 521055506 | + | Middlesex Water Company, 485C Route 1 South, Suite 400, Iselin, NJ 08830-3020 |
| 521055507 | + | Optimum, 561 US 1 South, Edison, NJ 08817-4400 |
| 521055510 | + | Raritan Bay Medical Center, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3685 |
| 521026749 | + | Richard J. Gelinas, CPA, LLC, 36 Salmon St, Manchester, NH 03104-3032 |
| 521026750 | + | Robert Wisniewski PC, 17 State Street, Suite 820, New York, NY 10004-1508 |
| 521026754 | + | Zofia Adamczuk, C/O Robert Wisniewski, 17 State St, Suite 820, New York, NY 10004-1508 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Apr 15 2026 00:34:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 14 2026 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 14 2026 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521026737 | | Email/Text: Bankruptcy@absoluteresolutions.com | Apr 14 2026 20:50:00 | Absolute Resolutions, 8000 Norman Center Dr., Minneapolis, MN 55437 |
| 521055495 | | EDI: CITICORP | Apr 15 2026 00:34:00 | Citi Diamond Preferred Card, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 521026738 | + | Email/Text: brokaw@maurosavolaw.com | Apr 14 2026 20:51:00 | Cohn, Bracaglia & Gropper, 275 E. Main St, Somerville, NJ 08876-3008 |
| 521055496 | + | EDI: COMCASTCBLCENT | Apr 15 2026 00:34:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 521026739 | + | EDI: WFNNB.COM | Apr 15 2026 00:34:00 | Comenity Bank/Century 21, 3095 Loyalty Circle, Bldg A, Columbus, OH 43219-3673 |
| 521058460 | + | Email/Text: Jennifer@theccmc.net | Apr 14 2026 20:50:37 | Comprehensive Medical Care, PO Box 9, Tennent, NJ 07763-0009 |
| 521026740 | | EDI: DISCOVER | Apr 15 2026 00:34:00 | Discover Bank, 6500 New Albany Rd East, New Albany, OH 43054 |
| 521055497 | | EDI: DISCOVER | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 15 2026 00:34:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 521055498 | | Email/Text: ETGremittance@sjindustries.com | Apr 14 2026 20:50:00 | Elizabethtown Gas, 520 Green Lane, Union, NJ 07083 |
| 521055500 | | Email/Text: legal@greenwayhealth.com | Apr 14 2026 20:50:00 | Greenway Health, 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607 |
| 521055503 | + | EDI: IRS.COM | Apr 15 2026 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521026741 | + | EDI: JPMORGANCHASE | Apr 15 2026 00:34:00 | JP Morgan Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521026742 | ^ | MEBN | Apr 14 2026 20:45:40 | KML Law Group PC, 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 521026743 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 21:00:30 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 521055505 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 21:00:21 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 521026744 | | Email/Text: camanagement@mtb.com | Apr 14 2026 20:51:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 521026745 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 20:51:00 | Midland Credit Management, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 521055508 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2026 20:50:00 | PNC Bank, NA, PO Box 535230, Pittsburgh, PA 15253 |
| 521026747 | | EDI: PRA.COM | Apr 15 2026 00:34:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-9901 |
| 521026748 | | Email/Text: signed.order@pfwattorneys.com | Apr 14 2026 20:50:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521055509 | ^ | MEBN | Apr 14 2026 20:45:01 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521026751 | | Email/Text: EBN@seliplaw.com | Apr 14 2026 20:50:00 | Selip & Stylianou LLP, 10 Forest Ave, PO Box 914, Paramus, NJ 07653 |
| 521026746 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 14 2026 20:50:00 | NJ Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 521055511 | + | EDI: SYNC | Apr 15 2026 00:34:00 | Sam's Club credit card, PO Box 965004, Orlando, FL 32896-5004 |
| 521055512 | + | EDI: CITICORP | Apr 15 2026 00:34:00 | Sears Mastercard, PO Box 70604, Philadelphia, PA 19176-0604 |
| 521026752 | + | EDI: SYNC | Apr 15 2026 00:34:00 | Synchrony Bank, 170 Election Rd, Suite 125, Draper, UT 84020-6425 |
| 521026753 | + | EDI: SYNC | Apr 15 2026 00:34:00 | Synchrony Bank (Sam's Club), PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521055513 | *+ | Synchrony Bank (Sam's Club), PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                                    User: admin                                         Page 3 of 3

Date Rcvd: Apr 14, 2026                                 Form ID: noa                                     Total Noticed: 42

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David M. Taus | on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com |
| David M. Taus | on behalf of Debtor Slawomir Magier dtaus@shotlaw.com |
| Deborah T. Feldstein | on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6