Order Filed on April 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **THOMAS J. ORR, CHAPTER 7 TRUSTEE** <br> 321 High Street <br> Burlington, NJ  08016-4496 <br> 609.386.8700 |
| In Re: <br><br> Slawomir Magier & Anna Magier <br><br>       Debtors |

Case No. 26-12602(EJO)

Honorable Eamonn James O'Hagan

Chapter 7

## ORDER AUTHORIZING RETENTION OF MCMANIMON SCOTLAND AND BAUMANN, ATTORNEYS FOR THOMAS J. ORR, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: April 22, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ____McManimon Scotland & Baumann____

as____Attorneys for Trustee_____ it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

       The professional's address is:     ____427 Riverview Plaza_____

                                          ____Trenton, NJ  08611_____

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted      ☐ Denied.

       ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

       ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4.     The effective date of retention is the date the application was filed with the Court.

2

4860-6051-6618, v. 1