| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**THOMAS J. ORR, CHAPTER 7 TRUSTEE**<br>321 High Street<br>Burlington, NJ  08016-4496<br>609.386.8700 | **Order Filed on April 22, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Slawomir Magier & Anna Magier<br><br>      Debtors | Case No. 26-12602(EJO)<br><br>Honorable Eamonn James O'Hagan<br><br><br>Chapter 7 |

### ORDER AUTHORIZING RETENTION OF MCMANIMON SCOTLAND AND BAUMANN, ATTORNEYS FOR THOMAS J. ORR, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: April 22, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___McManimon Scotland & Baumann___

as___Attorneys for Trustee_____ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: ___427 Riverview Plaza_____

   ___Trenton, NJ  08611_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted     ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4860-6051-6618, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-12602-EJO

Slawomir Magier                                                                  Chapter 7

Anna Magier

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                        Page 1 of 2

Date Rcvd: Apr 22, 2026                              Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Slawomir Magier, Anna Magier, 21 Southfield Road, Edison, NJ 08820-3141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | |
| | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| David M. Taus | |
| | on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com |
| David M. Taus | |
| | on behalf of Debtor Slawomir Magier dtaus@shotlaw.com |
| Deborah T. Feldstein | |
| | on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net |
| Joseph R Zapata, Jr | |
| | on behalf of Trustee Thomas Orr jzapata@msbnj.com |
| Matthew K. Fissel | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0312-3                                   User: admin                                   Page 2 of 2
Date Rcvd: Apr 22, 2026                               Form ID: pdf903                               Total Noticed: 1

Thomas Orr

        tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8