UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Slawomir Magier
Anna Magier

Case No.: _____26-12602_____

Chapter: _____7_____

Judge: _____EJO_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Thomas J. Orr_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   402 East State Street, Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable _____Eamonn J. O'Hagan_____ on _____June 18, 2026_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   21 Southfield Road, Edison, NJ 08820
$1,050,000

Liens on property:            M&T Bank $1,613,564

Amount of equity claimed as exempt:  $55,800

Objections must be served on, and requests for additional information directed to:

Name:   Thomas J. Orr

Address:   321 High Street, Burlington, NJ 08016

Telephone No.: (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:

Slawomir Magier

Anna Magier

    Debtors

Case No. 26-12602-EJO

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: May 13, 2026

User: admin

Form ID: pdf905

Page 1 of 3

Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Slawomir Magier, Anna Magier, 21 Southfield Road, Edison, NJ 08820-3141 |
| cr | + | NR DEED, LLC, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 521055501 | + | GSRAN-Z LLC aka NR DEED LLC, 1202 Tilton Rd, Suite 1, Northfield, NJ 08225-1809 |
| 521055499 | + | General Services Administration - 2SE, 2300 Main St, Kansas City, MO 64108-2416 |
| 521055502 | + | Healthcare Financial Services (GE), PO Box 641419, Pittsburgh, PA 15264-1419 |
| 521055504 | + | JP Morgan Chase, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 521055506 | + | Middlesex Water Company, 485C Route 1 South, Suite 400, Iselin, NJ 08830-3020 |
| 521055507 | + | Optimum, 561 US 1 South, Edison, NJ 08817-4400 |
| 521055510 | + | Raritan Bay Medical Center, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3685 |
| 521026749 | + | Richard J. Gelinas, CPA, LLC, 36 Salmon St, Manchester, NH 03104-3032 |
| 521026750 | + | Robert Wisniewski PC, 17 State Street, Suite 820, New York, NY 10004-1508 |
| 521026754 | + | Zofia Adamczuk, C/O Robert Wisniewski, 17 State St, Suite 820, New York, NY 10004-1508 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 13 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521026737 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 13 2026 20:57:00 | Absolute Resolutions, 8000 Norman Center Dr., Minneapolis, MN 55437 |
| 521055495 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 21:10:33 | Citi Diamond Preferred Card, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 521026738 | + | Email/Text: brokaw@maurosavolaw.com | May 13 2026 20:58:00 | Cohn, Bracaglia & Gropper, 275 E. Main St, Somerville, NJ 08876-3008 |
| 521055496 | + | Email/Text: documentfiling@lciinc.com | May 13 2026 20:56:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 521026739 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2026 20:58:00 | Comenity Bank/Century 21, 3095 Loyalty Circle, Bldg A, Columbus, OH 43219-3673 |
| 521058460 | + | Email/Text: Jennifer@theccmc.net | May 13 2026 20:57:00 | Comprehensive Medical Care, PO Box 9, Tennent, NJ 07763-0009 |
| 521026740 | | Email/Text: mrdiscen@discover.com | May 13 2026 20:57:00 | Discover Bank, 6500 New Albany Rd East, New Albany, OH 43054 |
| 521055497 | | Email/Text: mrdiscen@discover.com | May 13 2026 20:57:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 521055498 | | Email/Text: ETGremittance@sjindustries.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: May 13, 2026 | Form ID: pdf905 | Total Noticed: 42

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | May 13 2026 20:57:00 | Elizabethtown Gas, 520 Green Lane, Union, NJ 07083 |
| 521055500 | Email/Text: legal@greenwayhealth.com | May 13 2026 20:57:00 | Greenway Health, 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607 |
| 521055503 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2026 20:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521026741 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2026 21:10:21 | JP Morgan Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521026742 | ^ MEBN | May 13 2026 20:55:12 | KML Law Group PC, 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 521026743 | + Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:09:56 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 521055505 | + Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:10:11 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 521075485 | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:09:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521026744 | Email/Text: camanagement@mtb.com | May 13 2026 20:58:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 521026745 | + Email/Text: bankruptcydpt@mcmcg.com | May 13 2026 20:58:00 | Midland Credit Management, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 521055508 | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2026 20:57:00 | PNC Bank, NA, PO Box 535230, Pittsburgh, PA 15253 |
| 521026747 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2026 21:10:25 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-9901 |
| 521026748 | Email/Text: signed.order@pfwattorneys.com | May 13 2026 20:57:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521055509 | ^ MEBN | May 13 2026 20:54:37 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521026751 | Email/Text: EBN@seliplaw.com | May 13 2026 20:57:00 | Selip & Stylianou LLP, 10 Forest Ave, PO Box 914, Paramus, NJ 07653 |
| 521026746 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 13 2026 20:57:00 | NJ Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 521055511 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:19 | Sam's Club credit card, PO Box 965004, Orlando, FL 32896-5004 |
| 521055512 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 21:10:33 | Sears Mastercard, PO Box 70604, Philadelphia, PA 19176-0604 |
| 521026752 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:10:20 | Synchrony Bank, 170 Election Rd, Suite 125, Draper, UT 84020-6425 |
| 521026753 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 21:09:51 | Synchrony Bank (Sam's Club), PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521209025 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521055513 | *+ | Synchrony Bank (Sam's Club), PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                                       User: admin                                              Page 3 of 3
Date Rcvd: May 13, 2026                               Form ID: pdf905                                      Total Noticed: 42

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| David M. Taus | on behalf of Debtor Slawomir Magier dtaus@shotlaw.com |
| David M. Taus | on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com |
| Deborah T. Feldstein | on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net |
| Joseph R Zapata, Jr | on behalf of Trustee Thomas Orr jzapata@msbnj.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8