Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–12602–EJO
Chapter:  7
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Slawomir Magier                              Anna Magier
21 Southfield Road                           21 Southfield Road
Edison, NJ 08820                             Edison, NJ 08820

Social Security No.:
  xxx–xx–3133                                xxx–xx–8355

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

21 Southfield Road, Edison, NJ 08820.

Dated: June 16, 2026
JAN: wdr

Jeanne Naughton
Clerk