| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Slawomir Magier**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3133<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Anna Magier**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8355<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   26–12602–EJO | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Slawomir Magier

Anna Magier

6/23/26

**By the court:**   Eamonn James O'Hagan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-12602-EJO |
| Slawomir Magier | Chapter 7 |
| Anna Magier | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 23, 2026 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Slawomir Magier, Anna Magier, 21 Southfield Road, Edison, NJ 08820-3141 |
| cr | + | NR DEED, LLC, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 521055501 | + | GSRAN-Z LLC aka NR DEED LLC, 1202 Tilton Rd, Suite 1, Northfield, NJ 08225-1809 |
| 521055499 | + | General Services Administration - 2SE, 2300 Main St, Kansas City, MO 64108-2416 |
| 521055502 | + | Healthcare Financial Services (GE), PO Box 641419, Pittsburgh, PA 15264-1419 |
| 521055504 | + | JP Morgan Chase, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 521055506 | + | Middlesex Water Company, 485C Route 1 South, Suite 400, Iselin, NJ 08830-3020 |
| 521055507 | + | Optimum, 561 US 1 South, Edison, NJ 08817-4400 |
| 521055510 | + | Raritan Bay Medical Center, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3685 |
| 521026749 | + | Richard J. Gelinas, CPA, LLC, 36 Salmon St, Manchester, NH 03104-3032 |
| 521026750 | + | Robert Wisniewski PC, 17 State Street, Suite 820, New York, NY 10004-1508 |
| 521026754 | + | Zofia Adamczuk, C/O Robert Wisniewski, 17 State St, Suite 820, New York, NY 10004-1508 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Jun 24 2026 00:39:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521026737 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 23 2026 20:57:00 | Absolute Resolutions, 8000 Norman Center Dr., Minneapolis, MN 55437 |
| 521055495 | | EDI: CITICORP | Jun 24 2026 00:39:00 | Citi Diamond Preferred Card, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 521026738 | + | Email/Text: brokaw@maurosavolaw.com | Jun 23 2026 20:58:00 | Cohn, Bracaglia & Gropper, 275 E. Main St, Somerville, NJ 08876-3008 |
| 521055496 | + | EDI: COMCASTCBLCENT | Jun 24 2026 00:39:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 521026739 | + | EDI: WFNNB.COM | Jun 24 2026 00:39:00 | Comenity Bank/Century 21, 3095 Loyalty Circle, Bldg A, Columbus, OH 43219-3673 |
| 521058460 | + | Email/Text: Jennifer@theccmc.net | Jun 23 2026 20:57:00 | Comprehensive Medical Care, PO Box 9, Tennent, NJ 07763-0009 |
| 521026740 | | EDI: DISCOVER | Jun 24 2026 00:39:00 | Discover Bank, 6500 New Albany Rd East, New Albany, OH 43054 |
| 521055497 | | EDI: DISCOVER | | |

District/off: 0312-3                          User: admin                                Page 2 of 3
Date Rcvd: Jun 23, 2026                       Form ID: 318                              Total Noticed: 45

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jun 24 2026 00:39:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 521055498 | Email/Text: ETGremittance@sjindustries.com | Jun 23 2026 20:57:00 | Elizabethtown Gas, 520 Green Lane, Union, NJ 07083 |
| 521055500 | Email/Text: legal@greenwayhealth.com | Jun 23 2026 20:57:00 | Greenway Health, 4301 West Boy Scout Blvd, Suite 800, Tampa, FL 33607 |
| 521055503 | + EDI: IRS.COM | Jun 24 2026 00:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521026741 | + EDI: JPMORGANCHASE | Jun 24 2026 00:39:00 | JP Morgan Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521216460 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 23 2026 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521026742 | ^ MEBN | Jun 23 2026 20:52:19 | KML Law Group PC, 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 521026743 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 21:02:58 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 521055505 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 21:02:58 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 521075485 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 21:03:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521026744 | Email/Text: camanagement@mtb.com | Jun 23 2026 20:58:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 521026745 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2026 20:58:00 | Midland Credit Management, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 521261243 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2026 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521055508 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2026 20:57:00 | PNC Bank, NA, PO Box 535230, Pittsburgh, PA 15253 |
| 521026747 | EDI: PRA.COM | Jun 24 2026 00:39:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-9901 |
| 521026748 | + Email/Text: signed.order@pfwattorneys.com | Jun 23 2026 20:57:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521055509 | ^ MEBN | Jun 23 2026 20:51:29 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521026751 | Email/Text: EBN@seliplaw.com | Jun 23 2026 20:57:00 | Selip & Stylianou LLP, 10 Forest Ave, PO Box 914, Paramus, NJ 07653 |
| 521026746 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 23 2026 20:57:00 | NJ Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 521055511 | + EDI: SYNC | Jun 24 2026 00:39:00 | Sam's Club credit card, PO Box 965004, Orlando, FL 32896-5004 |
| 521055512 | + EDI: CITICORP | Jun 24 2026 00:39:00 | Sears Mastercard, PO Box 70604, Philadelphia, PA 19176-0604 |
| 521026752 | + EDI: SYNC | Jun 24 2026 00:39:00 | Synchrony Bank, 170 Election Rd, Suite 125, Draper, UT 84020-6425 |
| 521026753 | + EDI: SYNC | Jun 24 2026 00:39:00 | Synchrony Bank (Sam's Club), PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 33

## BYPASSED RECIPIENTS

District/off: 0312-3                          User: admin                                    Page 3 of 3

Date Rcvd: Jun 23, 2026                       Form ID: 318                               Total Noticed: 45

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521209025 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521055513 | *+ | Synchrony Bank (Sam's Club), PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| David M. Taus | on behalf of Debtor Slawomir Magier dtaus@shotlaw.com |
| David M. Taus | on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com |
| Deborah T. Feldstein | on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net |
| J. Eric Kishbaugh | on behalf of Creditor M&T BANK jkishbaugh@udren.com |
| Joseph R Zapata, Jr | on behalf of Trustee Thomas Orr jzapata@msbnj.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9