**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MᴄMᴀɴɪᴍᴏɴ, Sᴄᴏᴛʟᴀɴᴅ & Bᴀᴜᴍᴀɴɴ, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 323-8667
Andrea Dobin (adobin@msbnj.com)
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

Order Filed on July 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

MAGIER, Slawomir and Anna,

                                    Debtors.

Case No. 26-12602(EJO)

Chapter 7

Honorable Eamonn J. O'Hagan, U.S.B.J.

**CONSENT ORDER MEMORIALIZING CONSENT TO SALE OF OVER-
ENCUMBERED PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: July 29, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2 of 3
Debtor:                    Magier, Slawomir and Anna
Case No.                   26-12602(EJO)
Caption of Order:          Consent Order Memorializing Consent to Sale of Over-encumbered Property

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "**Trustee**") for Slawomir and Anna Magier, the Chapter 7 debtors ("**Debtors**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of an Application for the entry of a Consent Order Memorializing Consent to Sale of Over-Encumbered Property; and the Trustee, the New Jersey Division of Taxation ("**Taxation**") and the Internal Revenue Service (the "**IRS**")(collectively Taxation and the IRS will be referred to herein as the "**Taxing Authorities**"), having reached an agreement pursuant to which the Taxing Authorities will consent to the sale of the real property located at 1005 Green Street, Iselin, New Jersey (the "**Property**") that is subject to liens in favor of the Taxing Authorities that exceed its expected value on the terms set forth herein, as appears from the signatures affixed hereto, and providing related relief with respect to the Property;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.      Although the aggregate liens held by the Taxing Authorities on the Property exceeds the Property's value, the Taxing Authorities consent to the Trustee's sale of the Property on the terms set forth herein pursuant to 11 U.S.C. §363(f)(2).

2.      As soon as practicable following sale of the Property, the Trustee will segregate a sum equal to fifty percent (50%) of the net proceeds of sale of the Property (the "**Set Aside**") with the understanding that this sum will be distributed between Taxation and the IRS on account of their secured claims on the Property at their joint directive.  The net proceeds of sale, as used in this paragraph means the contract sale price for the Property, less (i) any liens senior to the liens of the Taxing Authorities, e.g., mortgage(s), unpaid real estate taxes, etc.; (ii) a commission to the real estate agent(s) of no more than five percent (5%); (iii) usual and standard closing costs and adjustments; and (iv) any other credit or adjustment authorized by the Bankruptcy Court.

4935-9151-0442, v. 1

Page 3 of 3
Debtor:                Magier, Slawomir and Anna
Case No.               26-12602(EJO)
Caption of Order:      Consent Order Memorializing Consent to Sale of Over-encumbered Property

3.     The Trustee will add to the Set Aside the sum of $10,600 (or such other dollar figure as claimed by the Debtors as an exemption in the Property by later amendment to Schedule "C") from the proceeds of sale of the Property received by the Estate on account of the Debtors' claimed exemption in the Property as such exemption amount is subject to the liens of the Taxing Authorities pursuant to 11 U.S.C. §522(c).

4.     The Taxing Authorities will determine between the two of them the proper allocation of the Set Aside and will provide the Trustee with a joint directive as to the issuance of payments to Taxation and the IRS.

5.     After applying credit for the portion of the Set Aside that each of the Taxing Authorities received, the unpaid balance of the Taxing Authorities' secured claim (less penalties that are subordinated by virtue of 11 U.S.C. §726(a)(4)) will be deemed allowed priority claims as if filed with a priority of §507(a)(8).

*The undersigned hereby consent to*
*the form and entry of the within Order:*

| | | |
|---|---|---|
| *As to the Trustee*: | *As to the Internal Revenue Service*: | *As to the New Jersey Division of Taxation:* |
| **MCMANIMON SCOTLAND & BAUMANN, LLC** | **U.S. ATTORNEY'S OFFICE** | **NEW JERSEY ATTORNEY GENERAL** |
| *Counsel to Thomas J. Orr, Chapter 7 Trustee* | *Counsel to Internal Revenue Service* | *Counsel to New Jersey Division of Taxation* |
| By: __/s/ Andrea Dobin_____ | | |
| ANDREA DOBIN | By:___/s/ Nicholas Engel___ | By;/s/ Valerie A. Hamilton___ |
| Dated: 7/21/26 | Dated: 7/21/26 | Dated: 7/21/26 |

3

4935-9151-0442, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-12602-EJO |
| Slawomir Magier | Chapter 7 |
| Anna Magier | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                      +  Slawomir Magier, Anna Magier, 21 Southfield Road, Edison, NJ 08820-3141

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrea Dobin
                    on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com

David M. Taus
                    on behalf of Debtor Slawomir Magier dtaus@shotlaw.com

David M. Taus
                    on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com

Deborah T. Feldstein
                    on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net

J. Eric Kishbaugh
                    on behalf of Creditor M&T BANK jkishbaugh@udren.com

Joseph R Zapata, Jr
                    on behalf of Trustee Thomas Orr jzapata@msbnj.com

District/off: 0312-3

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

Date Rcvd: Jul 29, 2026

Matthew K. Fissel

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Thomas Orr

tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9