Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–12602–EJO
Chapter:  7
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Slawomir Magier                          Anna Magier
21 Southfield Road                       21 Southfield Road
Edison, NJ 08820                         Edison, NJ 08820

Social Security No.:
  xxx–xx–3133                            xxx–xx–8355

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 31, 2026, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 33 – 31
Order Granting Application to Employ Berkshire Hathaway Home Services Fox & Roach Realtors as Realtor (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/31/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 31, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Slawomir Magier

Anna Magier

     Debtors

Case No. 26-12602-EJO

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID**      **Recipient Name and Address**
r      + Berkshire Hathaway Home Services Fox & Roach Realt, 253 Nassau Street, Princeton, NJ 08540-4641

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| David M. Taus | on behalf of Debtor Slawomir Magier dtaus@shotlaw.com |
| David M. Taus | on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com |
| Deborah T. Feldstein | on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net |
| J. Eric Kishbaugh | on behalf of Creditor M&T BANK jkishbaugh@udren.com |
| Joseph R Zapata, Jr | on behalf of Trustee Thomas Orr jzapata@msbnj.com |

District/off: 0312-3                                          User: admin                                              Page 2 of 2
Date Rcvd: Jul 31, 2026                                      Form ID: orderntc                                        Total Noticed: 1

Matthew K. Fissel
                      on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Thomas Orr
                      tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9