| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**THOMAS J. ORR, CHAPTER 7 TRUSTEE**<br>321 High Street<br>Burlington, NJ 08016<br>609.386.8700 | **Order Filed on July 31, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Slawomir & Anna Magier<br><br>     Debtors | Case No. 26-12602(EJO)<br><br>Honorable Eamonn James O'Hagan<br><br>Chapter 7 |

**ORDER AUTHORIZING RETENTION OF BERKSHIRE HATHAWAY HOME SERVICES
FOX & ROACH REALTORS FOR THOMAS J. ORR, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is **ORDERED.**

**DATED: July 31, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Berkshire Hathaway Home Services

Fox & Roach Realtors _____ as _____ Realtor _____ it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:     _____ 253 Nassau Street _____

                                           _____ Princeton, NJ  08540 _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted     ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case.  Payment to the professional be only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

2

4937-5431-6479, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-12602-EJO |
| Slawomir Magier | Chapter 7 |
| Anna Magier | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 31, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Slawomir Magier, Anna Magier, 21 Southfield Road, Edison, NJ 08820-3141

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | |
| | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| David M. Taus | |
| | on behalf of Debtor Slawomir Magier dtaus@shotlaw.com |
| David M. Taus | |
| | on behalf of Joint Debtor Anna Magier dtaus@shotlaw.com |
| Deborah T. Feldstein | |
| | on behalf of Creditor NR DEED  LLC dfeldstein@caplaw.net |
| J. Eric Kishbaugh | |
| | on behalf of Creditor M&T BANK jkishbaugh@udren.com |
| Joseph R Zapata, Jr | |
| | on behalf of Trustee Thomas Orr jzapata@msbnj.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 31, 2026                                 Form ID: pdf903                                 Total Noticed: 1

Matthew K. Fissel

       on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Thomas Orr

       tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee

       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9